## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF ARKANSAS
## HOT SPRINGS DIVISION

LAUREN SISSON, individually and on           )
behalf of all others similarly situated,      )
                                              )
                Plaintiff,                    )
                                              )
                                              )   Case No.  6:14-CV-6090
v.                                            )
                                              )
THE SALVATION ARMY,                           )
                                              )
                Defendant.                    )

### DEFENDANT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S COMPLAINT

Defendant, the Salvation Army, by and through its undersigned counsel, hereby moves the Court to dismiss the Plaintiff's hostile work environment claim pursuant to Fed. R. Civ. P. 12(b)(6) as follows:

1.      Plaintiff filed her Complaint on August 8, 2014, alleging violations of federal laws.  *See* Doc. 1.

2.      The Plaintiff's hostile work environment claim is brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.* ("Title VII").  The Plaintiff's hostile work environment claim, however, suffers two fatal flaws requiring dismissal:  (1) the Plaintiff failed to exhaust her administrative remedies with regard that claim; and (2) the factual allegations in the Plaintiff's Original Complaint ("Complaint"), even if true, are insufficient as a matter of law to state a claim against the Salvation Army for hostile work environment.

3.      Pursuant to Fed. R. Civ. P. 12(b)(6), the Court must dismiss the Plaintiff's cause of action for hostile work environment and preclude the Plaintiff from filing an amended complaint, as an amendment would be futile.

212507

4.      Defendant incorporates its contemporaneously-filed Brief in Support of this Partial Motion to Dismiss as if stated herein word for word.

WHEREFORE, pursuant to Fed. R. Civ. P. 12(b)(6), the Salvation Army respectfully requests the Court grant its motion for partial dismissal of the Plaintiff's hostile work environment claim and dismiss Count I of the Plaintiff's Complaint with prejudice.


                                                   s/ J. Bruce Cross
                                                   J. Bruce Cross (Ark. Bar. #74028)
                                                   Gregory J. Northen (Ark. Bar #2011181)
                                                   Email:  bcross@cgwg.com
                                                   Email:  gnorthen@cgwg.com
                                                   Cross, Gunter, Witherspoon
                                                     & Galchus, P.C.
                                                   500 President Clinton Avenue, Suite 200
                                                   P.O. Box 3178 (72203)
                                                   Little Rock, Arkansas 72201
                                                   Phone: 501-371-9999 / Fax: 501-371-0035


CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of September, 2014, I electronically transmitted the foregoing document to the Court Clerk using the ECF System for filing.  The Court Clerk will transmit a Notice of Electronic Filing to the following ECF registrants:

Steve Rauls
Josh Sanford
SANFORD LAW FIRM PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, AR  72211
steve@sanfordlawfirm.com
josh@sanfordlawfirm.com


                                                   s/ J. Bruce Cross
                                                   J. Bruce Cross


212507