IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

**LAUREN SISSON, Individually**                                                    **PLAINTIFF**
**and on Behalf of Others Similarly Situated**

vs.                         No. 6:14-cv-6090

**THE SALVATION ARMY**                                                            **DEFENDANT**

**MOTION FOR LEAVE TO FILE
FIRST AMENDED AND SUBSTITUTED COMPLAINT**

COMES NOW Plaintiff Lauren Sisson ("Plaintiff"), individually and on behalf of others similarly situated, by and through her attorneys Josh Sanford and Steve Rauls of the Sanford Law Firm, PLLC, and for her Motion for Leave to File First Amended and Substituted Complaint against Defendant The Salvation Army ("Defendant") does hereby state and allege as follows:

1. Plaintiff asks for leave to file her First Amended and Substituted Complaint for a sufficient and lawful reason.

2. The purposes of the First Amended and Substituted Complaint are 1) to further define and expand upon Plaintiff's individual claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e), *et seq.*; and 2) to add a claim under the Arkansas Civil Rights Act of 1993, Ark. Code Ann. § 16-123-101, *et seq.*

3. Because the Complaint makes class allegations, Plaintiff has also added the words "Class Action" to the case caption in an effort to comply with Local Rule 23.1.

4. Plaintiff brings this Motion for Leave pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, which states that "The court should freely give leave

Page 1 of 3
Lauren Sisson, et al. v. The Salvation Army
U.S.D.C. (W.D. Ark) 6:14-cv-6090
Motion for Leave to File First Amended and Substituted Complaint

when justice so requires." *See also Foman v. Davis*, 371 U.S. 178, 182 (1962) ("In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rules require, be 'freely given.'").

5. No Final Scheduling Order has yet issued in this case, nor have the Parties held their Rule 26(f) planning conference.

6. This Motion is not offered for the purpose of delay, and the proposed amendments to Plaintiff's Complaint will not prejudice any party.

7. Pursuant to Rule 5.5 (e) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Plaintiffs have attached a copy of the proposed First Amended and Substituted Complaint to this Motion as Exhibit 1, incorporated herein by reference.

WHEREFORE, premises considered, Plaintiff respectfully requests an order of this Court granting leave to file Plaintiff's First Amended and Substituted Complaint, and for such other and further relief as this Court may deem necessary, just and proper.

Page 2 of 3
Lauren Sisson, et al. v. The Salvation Army
U.S.D.C. (W.D. Ark) 6:14-cv-6090
Motion for Leave to File First Amended and Substituted Complaint

Respectfully submitted,

**PLAINTIFF LAUREN SISSON,**
**Individually and on Behalf of Others**
**Similarly Situated**

SANFORD LAW FIRM, PLLC
ONE FINANCIAL CENTER
650 SOUTH SHACKLEFORD, SUITE 411
LITTLE ROCK, ARKANSAS 72211
TELEPHONE: (501) 221-0088
FACSIMILE: (888) 787-2040

By:    /s/ Steve Rauls
Steve Rauls
Ark. Bar No. 2011170
steve@sanfordlawfirm.com

and   Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing MOTION was filed via the Court's CM/ECF System on this 23rd day of October, 2014, and thereby electronically served upon the following counsel of record:

Mr. J. Bruce Cross
Mr. Gregory J. Northen
Cross, Gunter, Witherspoon & Galchus, P.C.
500 President Clinton Avenue, Suite 200
Post Office Box 3178
Little Rock, Arkansas 72203

Mr. Leonard Court
Mr. Daniel Johnson
Mr. Allen Hutson
Crowe & Dunlevy
A Professional Corporation
Braniff Building
324 North Robinson Avenue, Suite 100
Oklahoma City, Oklahoma 73102-8273

/s/ Josh Sanford
**Josh Sanford**

Page 3 of 3
Lauren Sisson, et al. v. The Salvation Army
U.S.D.C. (W.D. Ark) 6:14-cv-6090
Motion for Leave to File First Amended and Substituted Complaint