IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

LAUREN SISSON                                                                                           PLAINTIFF

v.                                            Case No. 6:14-cv-06090

THE SALVATION ARMY                                                                          DEFENDANT

**JUDGMENT**

      Before the Court is the Motion for Summary Judgment filed by Defendant, The Salvation Army. (ECF No. 53). Plaintiff Lauren Sisson filed a Response. (ECF No. 58). The Salvation Army filed a Reply (ECF No. 64) and Supplemental Authority in Support (ECF No. 68). Also before the Court is Sisson's Cross-Motion for Partial Summary Judgment. (ECF No. 50). The Salvation Army filed a Response (ECF No. 60), and Sisson filed a Reply (ECF No. 63). For the reasons set forth in the Memorandum Opinion of even date, Sisson's Motion for Partial Summary Judgment (ECF No. 50) is DENIED, and The Salvation Army's Motion for Summary Judgment (ECF No. 53) is GRANTED. Judgment is hereby entered in favor of Defendant, The Salvation Army on all of Plaintiff's claims.

      **IT IS SO ORDERED**, this 3rd day of August, 2016.

      /s/ Susan O. Hickey
      Susan O. Hickey
      United States District Judge